# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

      The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8040
Owner: Starr County, Texas, et al.
Acres:  0.121

Being a 0.121 of one acre (5,271 square feet) parcel of land, more or less, being out of the Ventura Vela Survey, Abstract No. 184, Porción 84, Starr County, Texas and being out of the remainder of a called 5.524 acre tract conveyed to Tomas Valadez, Rita Tamez Vda. de Valadez, Victor Valadez, Ventura S. Valadez, Assignee of Celso Garza, Fidela Valadez de Alaniz, wife of Eustolio Alaniz, Melecio Valadez, Encarnacion Valadez, Gustavo Valadez and Guadalupe Garcia de Valadez by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 3-B), said parcel of land being more particularly described by metes and bounds as follows;

Beginning at a found 1" rebar for the southwest corner of Tract RGV-RGC-8040, said point being at the southwest corner of Share 3-B and the northwest corner of a called 3.0966 acre tract conveyed to Tiburcio Rodriguez, Eulogio Rodriguez, Manuel Lopez, Aurora Lopez, Evangelina Rodriguez de Gonzalez, wife of Santana Gonzalez, Manuela Rodriguez de Palmer, wife of William H. Palmer and Azucena Rodriguez Brown, wife of Harden C. Brown by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 1-A), being the same tract of land conveyed to Martin George Johnston and Lilia Lopez Johnston by Warranty Deed recorded in Volume 162, Page 472, Deed Records of Starr County, Texas and being the same tract of land conveyed to Jesse Clarke by Warranty Deed recorded in Volume 902, Page 524, Official Records of Starr County, Texas, said point being in the east line of a called 582.548 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 609, Page 258, Official Records of Starr County, Texas "Tract (620)", said point having the coordinates of N=16646263.787, E=899475.781, said point bears S 21°08'49" E, a distance of 604.02' from United States Army Corps of Engineers Control Point No. SS12-2019;

Thence: N 09°16'31" E (N 09°15'00" E, Record), with the west line of the remainder of Share 3-B and the east line of the 582.548 acre tract, for a distance of 82.89' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8011-1-5=8040-2" for the northwest corner of Tract RGV-RGC-8040, said point being at the northwest corner of the remainder of Share 3-B and the southwest corner of a called 1.00 acre tract conveyed to Emma Linda Falcon by Correction Deed of Gift recorded in Volume 1299, Page 46, Official Records of Starr County, Texas, said point being in the east line of the 582.548 acre tract;

## SCHEDULE C (Cont.)

Thence: S 47°35'13" E, departing the east line of the 582.548 acre tract, over and across the remainder of Share 3-B, for a distance of 151.90' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-2=8040-3" for the southeast corner of Tract RGV-RGC-8040, said point being in the south line of the remainder of Share 3-B and the north line of Share 1-A;

Thence: N 80°39'28" W (N 80°45'00" W, Record), with south line of the remainder of Share 3-B and the north line of Share 1-A, for a distance of 127.19' to the Point of Beginning.

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

### GRANTORS:
TOMAS VALADEZ, RITA TAMEZ VDA. DE VALADEZ,
VICTOR VALADEZ, VENTURA S. VALADEZ, ASSIGNEE OF CELSO GARZA,
FIDELA VALADEZ DE ALANIZ, WIFE OF EUSTOLIO ALANIZ,
MELECIO VALADEZ, ENCARNACION VALADEZ, GUSTAVO VALADEZ
& GUADALUPE GARCIA DE VALADEZ

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 21'08'49" E | 604.02' | N/A | N/A |
| L2 | N 09'16'31" E | 82.89' | N 09'15'00" E | N/A |
| L3 | S 47'35'13" E | 151.90' | N/A | N/A |
| L4 | N 80'39'28" W | 127.19' | N 80'45'00" W | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16646263.787 | 899475.781 | RGV-RGC-8011-1-6-8019-1-8040-1 |
| 2 | 16646345.589 | 899489.141 | RGV-RGC-8011-1-5-8040-2 |
| 3 | 16646243.140 | 899601.285 | RGV-RGC-8019-2-8040-3 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

### ADJOINER OWNERSHIP TABLE

| KEY | ACREAGE | RECORD INFORMATION | OWNER/TRACT DESCRIPTION |
|-----|---------|--------------------|-----------------------|
| 1 | 0.19 ACRE | VOL. 886, PG. 518 | SYLVIA LOPEZ (FIRST TRACT) |
| 2 | 0.1377 ACRE | VOL. 363, PG. 411 | EULOGIO RODRIGUEZ |
| 3 | 0.505 ACRE | VOL. 1197, PG. 537 | THERESA FALCON SAENZ |
| 4 | 0.2058 ACRE | VOL. 748, PG. 94 | ALFREDO A. SALINAS & BELINDA A. SALINAS |
| 5 | 0.24 ACRE | VOL. 1044, PG. 220 | ELSA U. GOMEZ |
| 6 | 0.19 ACRE | VOL. 902, PG. 531 | JESSE J. CLARK |
| 6b | " " | VOL. 887, PG. 643 | EVELYN GARZA (TRACT No. TWO) |
| 7 | 1.00 ACRE | VOL. 1299, PG. 46 | EMMA LINDA FALCON |
| 8 | 582.548 ACRES | VOL. 609, PG. 238 | UNITED STATES OF AMERICA "TRACT (620)" |
| 9 | 0.69 ACRE | VOL. 227, PG. 85 | TOMAS GARZA (SHARE 1—A) |
| 10 | 3.0966 ACRES | VOL. 138, PG. 215 | TIBURCIO RODRIGUEZ, ET AL (SHARE 1—A) |
| 10b | " " | VOL. 162, PG. 472 | MARTIN GEORGE JOHNSTON, ET UX |
| 10c | " " | VOL. 902, PG. 524 | JESSE CLARKE |
| 11 | 1.94 ACRES | VOL. 227, PG. 85 | JOSE MARIA CHAPA (SHARE 10—A) |
| 12 | 1.070 ACRES | VOL. 886, PG. 518 | SILVIA LOPEZ (SECOND TRACT) |
| 12b | " " | VOL. 666, PG. 647 | GERARDA G. VALADEZ, ET AL |
| 12c | " " | VOL. 391, PG. 787 | REBECCA VALADEZ MONTALVO |
| 12d | " " | VOL. 138, PG. 215 | TOMAS VALADEZ, ET AL (SHARE 3—A) |



**MDS** LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
**TOMAS VALADEZ, ET AL**
**TRACT No. RGV-RGC-8040**
**STARR COUNTY          TEXAS**

MDS PROJ. NO. 18-300-00    FILE NAME: RGV-RGC-8040    DATE: 11/27/2019



| Mark | Description | Date | Appv. |
|------|-------------|------|-------|
| | Drawn | TPA | 11/19 |
| | Checked | LMK | 11/19 |
| | Surveyor | JDB | 11/19 |
| | Fld.Bk.# | 18GB65-74-08 | |

CONTRACT NO.: W912TD-14-D-0013
T.O.: W912TD-18-F-0139

TEXAS LICENSE SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10113640



**ENGINEERING, INC**
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-5889
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

## SCHEDULE D (Cont.)



SEE ADJOINER OWNERSHIP TABLE ON SHEET 4

# SCHEDULE E

## **SCHEDULE E**

<u>ESTATE TAKEN</u>

Starr County, Texas

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is THREE THOUSAND TWENTY-FIVE DOLLARS AND NO/100 ($3,025.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Starr County, Texas**<br>c/o The Honorable Judge Eloy Vera,<br>County Judge<br>Starr County Courthouse<br>100 N. Fm 3167<br>Rio Grande City, TX  78582 | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1977-95180, recorded on October 14, 1977, in the Public Records of Starr County, Texas.<br><br>Deed, Bill of Sale and Transfer and Assignment, Document No. 1999-205202, recorded on September 30, 1999, in the Public Records of Starr County, Texas.<br><br>Order Confirming Debtors' Amended Plan of Reorganization, as Modified, Document No. 1999-206922, recorded on January 18, 2000, in the Public Records of Starr County, Texas.<br><br>Order Amending Schedule 4 of Confirmation Order, Amending Language of Confirmation Order, and Accepting Debtor's Tender of Schedule 2A and Supplement 8-2000 to Schedule 2 of Confirmation Order, Document No. 2000-212491, recorded on October 16, 2000, in the Public Records of Starr County, Texas.<br><br>Order Supplementing Schedule 1 of Confirmation Order, Authorizing Debtor's Execution of Deed in Lieu of Condemnation and Licensing Use of Certain Real Property, and Accepting Debtor's Tender of Supplement 5-2001 to Schedule 2 of Confirmation Order, |

| | |
|---|---|
| | Document No. 2001-219470, recorded on June 29, 2001, and December 6, 2001, in the Public Records of Starr County.<br><br>Order Reopening Bankruptcy case for a Limited Purpose, Revising and Supplementing Schedules to the Confirmation Order, Confirming the Status of Certain Claims, and Permitting the Case to Remain Open for Taxing Entities to Fie and Adversary Proceeding, Document No. 2004-240880, recorded on September 17, 2004, in the Public Records of Starr County, Texas.<br><br>Debtor's Deed, Document No. 2004-241401, recorded on October 12, 2004, in the Public Records of Starr County, Texas. |
| **Humberto Garza**<br>███████████<br>Rio Grande City, TX ████ | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Last Will and Testament of Ventura S. Valadez, Case No. P-32.196, recorded on February 27, 2007, in the Public Records of Hidalgo County, Texas.<br><br>Warranty Deed, Document No. 1987-140532, recorded on December 1, 1987, in the Public Records of Starr County, Texas. |
| **Brigitte G. Valadez**<br>███████████<br>Angleton, TX ████<br><br>**Kyler Drae Pelleltier**<br>Address Unknown<br><br>**Emanuel Antonio Ramirez**<br>Address Unknown<br><br>**Amelia Valadez del Angel**<br>███████████<br>Rio Grande City, TX ████ | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1993-164584, recorded on February 24, 1993, in the Public Records of Starr County, Texas.<br><br>Affidavit of Facts Concerning the Identity of Heirs for the Estate of Armando G. Valadez, Deceased, Document No. 2021- |

| | |
|---|---|
| **Diana S. Valadez**<br>███████<br>Corpus Christi, TX ███<br><br>**Armando Valadez, Jr.**<br>███████<br>Corpus Christi, TX ███<br><br>**Edward Valadez**<br>███████<br>Corpus Christi, TX ███<br><br>**Jerry Valadez**<br>███████<br>San Antonio, TX ███<br><br>**Brenda L. Valadez**<br>███████<br>Corpus Christi, TX ███ | 362915, recorded on June 10, 2021, in the Public Records of Nueces County, Texas.<br><br>Last Will and Testament of Gustavo Valadez, Jr., Document No. PR-19-044, dated March 21, 2024, in the Public Records of Starr County, Texas. |
| **Nora Margarita Gonzalez**<br>███████<br>Rio Grande City, TX ███<br><br>**Jazmin Esperanza Garza**<br>███████<br>Rio Grande City, TX ███<br><br>**Kendra Allin Garza**<br>███████<br>Rio Grande City, TX ███ | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1977-93821, recorded on May 6, 1977, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1980-105610, November 25, 1980, in the Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 1994-169649, recorded on April 4, 1994, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document, No. 2010-293895, recorded on November 5, 2010, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| | Deed of Gift Reserving Life Estate, Document No. 2021-361974, recorded on May 7, 2021, in the Public Records of Starr County, Texas.<br><br>General Warranty Deed, Document No. 2023-374093, recorded on February 10, 2023, in the Public Records of Starr County, Texas. |
| **Alfredo Salinas**<br>██████████<br>Rio Grande City, TX ████ | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas. |
| **Belinda A. Salinas**<br>██████████<br>Rio Grande City, TX ████ | Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1982-114176, recorded on September 30, 1982, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1989-146341, recorded on February 6, 1989, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1996-183582, recorded on February 13, 1996, in the Public Records of Starr County, Texas. |
| **Elsa U. Gomez**<br>███████<br>Rio Grande City, TX ████ | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1992-163886, recorded on December 30, 1992, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| | Deed of Gift, Document No. 2005-246740, recorded on May 24, 2005, in the Public Records of Starr County, Texas. |
| **Wilmington Savings Fund Society aka WSFS Financial Corporation,** as Owner Trustee for CIM Trust 2024-R1<br>  500 Delaware Avenue, 11th Floor<br>  Wilmington, DE 19801<br><br><br>**Fay Servicing, LLC.**<br>  5426 Bay Center Drive, Suite 300<br>  Tampa, FL 33606 | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 1995-174662, recorded on February 2, 1995, in the Public Records of Starr County, Texas.<br><br>Deed of Trust Secured by Homestead, Document No. 1998-196447, recorded on April 17, 1998, in the Public Records of Starr County, Texas.<br><br>Deed of trust Secured by Homestead, Document No. 2000-208255, recorded on March 31, 2000, in the Public Records of Starr County, Texas.<br><br>Release of Lien Homestead Property, Document No. 2000-208490, recorded on April 12, 2000, in the Public Records of Starr County, Texas.<br><br>Deed of Trust Secured by Homestead, Document No. 2006-255989, recorded on May 2, 2006, in the Public Records of Starr County, Texas.<br><br>Assignment of Deed of Trust, Document No. 2023-376465, recorded on June 20, 2023, in the Public Records of Starr County, Texas.<br><br>Corporate Assignment of Deed of Trust, Document No. 2024-384189, recorded on August 19, 2024, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| | Assignment of Deed of Trust, Document No. 2024-385826, recorded on November 14, 2024, in the Public Records of Starr County, Texas. |
| **Rose M. Falcon**<br><br>Rio Grande City, TX | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 2003-233705, recorded on November 14, 2003, in the Public Records of Starr County, Texas.<br><br>Gift Deed with Life Estate, Document No. 2014-315534, recorded on January 13, 2014, in the Public Records of Starr County, Texas.<br><br>Gift Deed, Document No. 2015-325303, recorded on August 11, 2015, in the Public Records of Starr County, Texas. |
| **Theresa Falcon Saenz**<br><br>Rio Grande City, TX | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 2008-275522, recorded on June 17, 2008, in the Public Records of Starr County, Texas. |
| **Emma Linda Falcon**<br><br>Rio Grande City, TX | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| | Correction Deed of Gift, Document No. 2011-295394, recorded on January 26, 2011, in the Public Records of Starr County, Texas.<br><br>Correction Deed of Gift, Document No. 2011-295395, recorded on January 26, 2011, in the Public Records of Starr County, Texas. |
| **Leonel Garcia**<br>██████████<br>Rio Grande City, TX██████ | Final Judgment, Document No. 1945-22891, recorded on April 12, 1945, in the Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1975-88565, recorded on August 19, 1975, in the Public Records of Starr County, Texas.<br><br>Correction Deed of Gift, Document No, 2011-295396, recorded on January 26, 2011, in the Public Records of Starr County, Texas.<br><br>Deed of Gift, Document No. 2020-353792, recorded on January 17, 2020, in the Public Records of Starr County, Texas. (with an effective date of January 15, 2020)<br><br>General Warranty Deed, Document No. 2020-353791, recorded on January 17, 2020, in the Public Records of Starr County, Texas. (with an effective date of January 16, 2020) |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167<br>Room 201<br>Rio Grande City, Texas 78582 | Account Nos.: 21325, 999806, 88719, 87917, 67227, 33886, 64596, 15282 |